

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Suzann Ruff,

Vs. No. 11-21-00130-CV

Wick Phillips Gould & Martin, LLP,

\* From the 29th District Court
of Palo Pinto County,
Trial Court No. C49691.

\* July 22, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered the record in this cause and concludes that this appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Suzann Ruff.